

| | § | |
|---|---|---|
| GARY MCGEE, | § | No. 08-19-00125-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Hudspeth County, Texas |
| Appellee. | § | (TC# 6070) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD OF DECEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.